UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Gary Mehan Autos & Parts, Inc., | § § § | |
| Plaintiff, | § § | Case No. _____ |
| v. | § § | **Jury Demanded** |
| Winfield Solutions, LLC, | § § | |
| Defendant. | § | |

## Notice of Removal

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Winfield Solutions, LLC ("Winfield"), by and through its undersigned legal counsel, hereby removes this case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

1. On November 9, 2022, Plaintiff filed an action against Winfield, Cause No. 2022-73907, in the 127th District Court of Harris County, Texas. The citation issued by the Harris County District Court is attached to this Notice of Removal. The citation is erroneously directed to "Windfield Solutions LLC."

2. In addition to the citation and return, Plaintiff's Original Petition and Defendant's Original Answer were filed in the Harris County District Court for this case. Those pleadings are also attached.

3. There are no motions or other matters pending in the Harris County District Court that require resolution by this Court.

4. Winfield's Registered Agent in Texas, CT Corp., received copies of the citation and Plaintiff's Original Petition by certified mail on or about November 15, 2022.

5. CT Corp. did not forward the citation and Plaintiff's Original Petition to Winfield until Saturday, January 21, 2023.

6. Winfield filed an Answer to Plaintiff's Original Petition on Monday, January 23, 2023.

7. The citation that was mailed to CT Corp. was defective because it erroneously directed to "Windfield Solutions LLC," despite Plaintiff's Original Petition naming the defendant as "Winfield Solutions, LLC." *See Uvalde Country Club v. Martin Lumber Supply Co., Inc.*, 690 S.W.2d 884, 885 (Tex. 1985) (per curiam) (finding that erroneous name in citation renders it defective). Consequently, the attempted service of the citation and Plaintiff's Original Petition upon CT Corp. was invalid and ineffective. *See Theller v. PROF-2013-S3 Legal Title Trust by U.S. Bank, N.A.*, 2021 WL 4268280 *3 (N.D. Tex. Sept. 3, 2021); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (effective service of process required to start removal clock).

8. Winfield joined and appeared in the case by filing its Answer on January 23, 2023, rendering the need for physical citation and service unnecessary. *See* TEX. R. CIV. P. 120, 121. It has been less than 30 days since Winfield appeared in the case.

9. This case is therefore removable under 28 U.S.C. Section 1441. First, there is a complete diversity of citizenship between the parties.

10. Plaintiff is a Texas corporation with its principal place of business located in Wichita Falls, Texas. (Petition ¶ 3). Under 28 U.S.C. § 1332(c)(1), Plaintiff is a citizen of the State of Texas.

11. Winfield is a Delaware limited liability company. Winfield's sole member is Land O'Lakes, Inc. ("Land O'Lakes"). Land O'Lakes, Inc. is a Minnesota cooperative corporation with its principal place of business located in Arden Hills, Minnesota. Under 28 U.S.C. § 1332(c)(1), Land O'Lakes, Inc. is a citizen of the State of Minnesota. Because its sole member is a citizen of the State of Minnesota, Winfield is also a citizen of the State of Minnesota.

12. Second, in its Petition, Plaintiff alleges that Winfield breached a lease agreement between Plaintiff and Winfield by not filing a claim with its property insurance carrier for damage to the leased premises estimated to be $902,896.61. (Petition ¶ 12). Plaintiff seeks that amount in damages here. *Id.* Consequently, the amount in controversy, exclusive of costs and interest, exceeds $75,000.00.

13. This Court has original jurisdiction over this case under 28 U.S.C. § 1332(b) based upon the complete diversity of citizenship between the parties and the fact that the amount in controversy, exclusive of costs and interest, exceeds $75,000.00.

14. Winfield is filing a copy of this Notice of Removal with the Clerk of the Harris County District Court where this action was originally filed and is also serving a copy of this Notice of Removal on Plaintiff's legal counsel as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Winfield respectfully requests that this case be removed from the 127th District Court of Harris County to this Court pursuant to 28 U.S.C. § 1441, *et seq*.

Respectfully submitted,

BUTLER SNOW LLP

*/s/ D. Todd. Smith*
D. Todd Smith
State Bar No. 00797451
Todd.smith@butlersnow.com
Ethan E. Glenn
State Bar No. 24101810
ethan.glenn@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701

***Counsel for Defendant***

67428623.v1

# State Docket Sheet

| HCDistrictclerk.com | GARY MEHAN AUTOS & PARTS INC vs. WINFIELD SOLUTIONS LLC | 1/27/2023 |
|---|---|---|
| | Cause: 202273907     CDI: 7     Court: 127 | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 106165517 | Defendant's Original Answer | | 01/24/2023 | 3 |
| 105504918 | Domestic Return Receipt | | 12/06/2022 | 2 |
| 105185688 | Certified Mail Receipt | | 11/11/2022 | 1 |
| 105019944 | Plaintiff's Original Petition | | 11/09/2022 | 5 |
| ·> 105019945 | Request For Issuance of Service | | 11/09/2022 | 1 |
| 105164664 | Certified Mail Tracking Number 7018 2290 0001 3524 1586 | | 11/09/2022 | 2 |

# List of Counsel of Record

| | |
|---|---|
| Counsel for Plaintiff Gary Mehan Autos & Parts, Inc. | David R. Sanders<br>State Bar No. 24093102<br>Dasanders@mma-pllc.com<br>Michael Barcus<br>michael@mma-pllc.com<br>MCCLENNY MOSELEY & ASSOCIATES<br>1415 Louisiana Street, Ste 2900<br>Houston, TX 77002<br>(832) 410-1180 |
| Counsel for Defendant Winfield Solutions, LLC | D. Todd Smith<br>State Bar No. 00797451<br>todd.smith@butlersnow.com<br>Ethan E. Glenn<br>State Bar No. 24101810<br>ethan.glenn@butlersnow.com<br>BUTLER SNOW LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| Gary Mehan Autos & Parts, Inc., | § | |
| --- | --- | --- |
| Plaintiff | § | Case No. _____ |
| v. | § | |
| Winfield Solutions, LLC, | § | |
| Defendant. | § | |

**DEFENDANT'S INDEX OF STATE COURT RECORD**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Winfield Solutions, LLC, ("Defendant") files this Index of State Court Record.

| Exhibit No. | Document Title | Date Filed |
| --- | --- | --- |
| 1 | Citation | 11/09/2022 |
| 2 | Return | 11/15/2022 |
| 3 | Plaintiff's Original Petition | 11/09/2022 |
| 4 | Defendant's Original Answer | 01/24/2023 |
| | | |
| | | |

Respectfully submitted,

BUTLER SNOW LLP

*/s/ D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd.smith@butlersnow.com
Ethan E. Glenn
State Bar No. 24101810
ethan.glenn@butlersnow.com

1400 Lavaca Street, Suite 1000
Austin, Texas 78701

*Counsel for Defendant*

67426849.v1