United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY MEHAN AUTOS & PARTS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00314 |
| | § | |
| WINFIELD SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This matter having come before the undersigned Judge on this date, based on the Agreed Stipulation (Dkt. No. 72) filed by the parties finds:

IT IS HEREBY ORDERED that the plaintiff, GARY MEHAN AUTOS & PARTS, INC.'s claims against the defendant, WINFIELD SOLUTIONS, INC. be dismissed from the above-titled action with prejudice. As such, all claims between the parties are now concluded and this case is hereby DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

It is so ORDERED.

SIGNED on January 24, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge